**Order entered January 30, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01386-CV

### SUNG SIK CHOI, ET AL., Appellants

### V.

### A & A EXPRESS, INC., ET AL., Appellees

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-01415**

## ORDER

Before the Court is appellants' January 25, 2017 motion for an extension of time to file a brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellants on January 27, 2017 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
         JUSTICE